# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-0709 |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA | : | |
| | : | |
| | : | HON. MITCHELL S. GOLDBERG |
| | : | |
| *Defendant* | : | ***ELECTRONICALLY FILED*** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Defendant, The Unified Judicial System of Pennsylvania, in the above-captioned case.

> **s/Geri Romanello St. Joseph**
> GERI ROMANELLO ST. JOSEPH, ESQ.
> Attorney I.D. No. PA84902
> Administrative Office of PA Courts
> 1515 Market Street, Suite 1414
> Philadelphia, PA 19102
> legaldepartment@pacourts.us
> (215) 560-6326, Fax: (215) 560-5486

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-0709 |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA | : | |
| | : | |
| | : | HON. MITCHELL S. GOLDBERG |
| | : | |
| *Defendant* | : | ***ELECTRONICALLY FILED*** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 29, 2022, she personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, via ECF to:

| | |
|---|---|
| **David W. Knight, Esquire** | **Adam F. Lewis, Esquire** |
| Civil Rights Division | DOJ-Crt |
| Disability Rights Section | Civil Rights Division |
| USAO Program Coordinator | 4 Constitution Square |
| 950 Pennsylvania Avenue, NW | 150 M Street NE |
| 4-CON | Washington, DC 20530 |
| Washington, DC 20530 | Email: adam.lewis@usdoj.gov |
| Email: david.knight@usdoj.gov | |

**{See Signature on Next Page}**

**JACQUELINE CHRISTINE ROMERO**
US ATTORNEY'S OFFICE
615 CHESTNUT STREET
PHILADELPHIA, PA 19106
Email: jacqueline.romero@usdoj.gov

                                                **s/Geri Romanello St. Joseph**
                                                GERI ROMANELLO ST. JOSEPH, ESQ.
                                                Attorney I.D. No. PA84902
                                                Administrative Office of PA Courts
                                                1515 Market Street, Suite 1414
                                                Philadelphia, PA 19102
                                                legaldepartment@pacourts.us
                                                (215) 560-6326, Fax: (215) 560-5486
                                                **Counsel for the Unified Judicial**
                                                **System of Pennsylvania**