**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-0709 |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA | : | |
| | : | |
| | : | HON. MITCHELL S. GOLDBERG |
| | : | |
| *Defendant* | : | ***ELECTRONICALLY FILED*** |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Defendant, The Unified Judicial System of Pennsylvania, in the above-captioned case.

                                              **/s/ Robert Krandel**
                                              **ROBERT J. KRANDEL**
                                              Attorney I.D. No. PA 89485
                                              Supreme Court of Pennsylvania
                                              Administrative Office of PA Courts
                                              1515 Market Street, Suite 1414
                                              Philadelphia, PA 19102
                                              (215) 560-6326, Fax: (215) 560-5486
                                              E-mail: legaldepartment@pacourts.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-0709 |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA | : | |
| | : | |
| | : | HON. MITCHELL S. GOLDBERG |
| | : | |
| *Defendant* | : | ***ELECTRONICALLY FILED*** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 29, 2022, he personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, via ECF to:

**David W. Knight, Esquire**
Civil Rights Division
Disability Rights Section
USAO Program Coordinator
950 Pennsylvania Avenue, NW
4-CON
Washington, DC 20530
Email: david.knight@usdoj.gov

**Adam F. Lewis, Esquire**
DOJ-Crt
Civil Rights Division
4 Constitution Square
150 M Street NE
Washington, DC 20530
Email: adam.lewis@usdoj.gov

**{See Signature on Next Page}**

**JACQUELINE CHRISTINE ROMERO**
US ATTORNEY'S OFFICE
615 CHESTNUT STREET
PHILADELPHIA, PA 19106
Email: jacqueline.romero@usdoj.gov

**/s/ Robert Krandel**
**ROBERT J. KRANDEL**
Attorney I.D. No. PA 89485
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6326, Fax: (215) 560-5486
E-mail: legaldepartment@pacourts.us
**Counsel for the Unified Judicial**
**System of Pennsylvania**
