# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | NO.  22-709 |
| **UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of May, 2022, upon consideration of Defendant's pre-motion conference letter (ECF No. 8), and Plaintiff's response thereto (ECF No. 10), it is hereby **ORDERED** that ORAL ARGUMENT on the parties' pre-motion conference letters will be held on **Thursday, May 26, 2022 at 9:00 AM** in Courtroom 17-A.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**