IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CIVIL NO. 22-0709 |
| | : | |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM | : | |
| OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance in this matter as counsel on behalf of the United States.

                                                Respectfully submitted,

                                                JOHN C. GURGANUS
                                                United States Attorney

                                                /s/ Michael J. Butler
                                                Michael J. Butler
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                Middle District of Pennsylvania
                                                SAUSA, EDPA
                                                PA81799
                                                228 Walnut Street, Suite 220
                                                P.O. Box 11754
                                                Harrisburg, PA 17108
                                                Phone: 717-221-4482
                                                Fax: 717-221-2246
                                                michael.j.butler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CIVIL NO. 22-0709 |
| | : | |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this date, **May 20, 2022,** the foregoing

## ENTRY OF APPEARANCE

was filed electronically and is available for viewing and downloading from the ECF System and has been served through the ECF System upon the following ECF user(s):

Robert J. Krandal, Legal Counsel
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

/s/ Cindy J. Long
CINDY J. LONG
Legal Assistant