**Date of Notice:** May 25, 2022

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 22-709** |
| **UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **Defendant.** | : | |

## NOTICE

Please take notice that the ORAL ARGUMENT on the parties' pre-motion conference letters scheduled for Thursday, May 26, 2022 at 9:00 AM is **RESCHEDULED** to be held on **Thursday, June 2, 2022 at 10:00 a.m.** in Courtroom **17-A**.

                        **FOR THE COURT:**

                        */s/ Sharon Lippi*
                        **Sharon Lippi, Civil Deputy to**
                        **Hon. Mitchell S. Goldberg**