# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 22-709 |
| UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2022, it is hereby **ORDERED** that Defendants shall file their motion to dismiss within **ten (10)** days from the date of this Order. Upon receipt of the motion, Plaintiffs shall file a response within **twenty-one (21)** days.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**