## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION |
| *Plaintiff* | : |
| | : No. 22-cv-00709 |
| v. | : |
| | : |
| THE UNIFIED JUDICIAL SYSTEM | : |
| OF PENNSYLVANIA, | : |
| | : |
| *Defendant* | : |

## ORDER

**AND NOW**, this _____, day of _____, 2022, upon consideration of the Pennsylvania Unified Judicial System's motion to dismiss the above-captioned complaint, it is hereby **ORDERED** that the complaint is **DISMISSED**.

BY:

_____
Mitchell S. Goldberg, U.S.D.J.