**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

March 8, 2021

**By Electronic Mail**

Robert J. Krandel, Legal Counsel
Geri St. Joseph, Assistant Chief Counsel
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Robert.Krandel@pacourts.us
Geri.St.Joseph@pacourts.us

Re: **Americans with Disabilities Act Investigation, DJ# 204-63-139**

Dear Mr. Krandel and Ms. St. Joseph,

As you know, the Department of Justice is investigating the compliance of the Northumberland County Drug Court with Title II of the Americans with Disabilities Act (ADA), 42 §§ 12131–12134, with respect to individuals with substance use disorder.

We are writing to request additional information regarding the Supreme Court of Pennsylvania's role in overseeing the state's problem-solving courts (e.g., drug, DUI, veterans, mental health, reentry, etc.) and its compliance with Title II of the ADA with respect to individuals with substance use disorder.[1]  We also are requesting information about the policies of problem-solving courts in counties other than Northumberland pertaining to participant use of prescribed medication for substance use disorder.  Specifically, we request that you please provide the following information within 30 days of the date of this letter:

1. A general description of the Supreme Court of Pennsylvania's powers and responsibilities pertaining to the administration of state problem-solving courts.

---

[1] This and all subsequent references to the Supreme Court of Pennsylvania in this letter include the Administrative Office of Pennsylvania Courts.

2. Copies of any guidance, communications, or other documents[2] issued by the Supreme Court of Pennsylvania regarding how state problem-solving courts should address participant use of prescribed medication for substance use disorder.

3. A description of the current policies with regard to participant use of medications for the treatment of substance use disorder (e.g., Suboxone, Subutex, Vivitrol, Methadone, Buprenorphine, or Naltrexone) for all problem-solving courts in the below counties.  For each county, provide any relevant documents, handbooks, policy manuals, or other supporting documentation.

   a. Allegheny County
   b. Berks County
   c. Butler County
   d. Clinton County
   e. Delaware County
   f. Fayette County
   g. Jefferson County
   h. Snyder and Union Counties
   i. York County

4. Please identify any counties not mentioned above that have problem-solving courts which ban, limit, or otherwise penalize the use of medications for the treatment of substance use disorder.  For each county, describe the relevant policy or policies and provide supporting documentation.

Please send all responsive information via e-mail to adam.lewis@usdoj.gov or david.knight@usdoj.gov.  If there is material that cannot be provided by email, please contact Adam Lewis to arrange an alternative delivery method.  In all correspondence regarding this matter, please reference the Department of Justice complaint number (DJ#) cited above.

We also remind you to maintain in their current form any and all documents that could be related to the subject of this investigation.  To the extent such records are contained in a computer system, computer files should not be altered or destroyed pending completion of our investigation.

---

[2] The term "documents" as it is used in this letter shall include, but is not limited to, hard copy or electronic documents or electronically stored information (including emails, letters, memoranda, formal or informal notes, statements, meeting minutes, internet postings, photographs, images, recordings, other media, and data or data compilations) in the possession, custody, or control of the Supreme Court of Pennsylvania.

Thank you for your continued cooperation. If you have any questions, please do not hesitate to contact us.

Sincerely,

*Adam F. Lewis*

Adam Lewis
David Knight
Trial Attorneys
Disability Rights Section
Civil Rights Division

Michael Butler
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Pennsylvania

Jacqueline Romero
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Pennsylvania

Haley Warden-Rodgers
Assistant U.S. Attorney
United States Attorney's Office
Western District of Pennsylvania