IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA <br><br> Defendant. | : <br> : <br> : <br> : CIVIL ACTION NO: 22-cv-00709 <br> : <br> : <br> : |

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for plaintiff.

                                          Respectfully submitted,

                                          JACQUELINE C. ROMERO
                                          United States Attorney


                                          */s/ Lauren DeBruicker*
                                          LAUREN DeBRUICKER
                                          Assistant United States Attorney
                                          615 Chestnut Street, Suite 1250
                                          Philadelphia, PA 19106
                                          Phone: (215) 861-8492
Dated: June 23, 2022                Fax: (215) 861-8618
                                          Lauren.DeBruicker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Entry of Appearance to be served via Electronic Case Filing (ECF) upon the following:

Robert J. Krandal, Esq.
Geri R. St. Joseph, Esq.
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

*Counsel for Defendant*

/s/ *Lauren DeBruicker*
LAUREN DeBRUICKER
Assistant United States Attorney

Dated: June 23, 2022