IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA,<br><br>    Defendant. | No. 22-cv-00709 |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE UNITED STATES OF AMERICA'S OPPOSITION TO THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA'S MOTION TO DISMISS**

The United States respectfully notes that today the Supreme Court denied Florida's petition for certiorari in *United States v. Florida*, 938 F.3d 1221 (11th Cir. 2019), *reh'g en banc denied*, 21 F.4th 730 (11th Cir. 2021), *cert. denied*, __ S. Ct. __ (Oct. 3, 2022) (No. 21-1384), 2022 WL 4651482. The parties cited the Eleventh Circuit's opinion in their respective briefing on Defendant's Motion to Dismiss (Dkt. Nos. 18, 21).

Respectfully submitted,

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney<br>Eastern District of Pennsylvania | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division | REBECCA B. BOND<br>Chief |
| CHARLENE KELLER FULLMER<br>Assistant United States Attorney<br>Deputy Chief, Civil Division | */s/ David W. Knight*<br>KEVIN KIJEWSKI<br>Deputy Chief<br>DAVID W. KNIGHT<br>ADAM F. LEWIS |
| MICHAEL BUTLER<br>Special Assistant United States Attorney | Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division |
| */s/ Lauren E. DeBruicker*<br>LAUREN E. DEBRUICKER<br>Assistant United States Attorney<br>United States Attorney's Office<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Telephone: 215-861-8492<br>Michael.Butler@usdoj.gov<br>Lauren.DeBruicker@usdoj.gov | U.S. Department of Justice<br>150 M Street NE<br>Washington, D.C. 20530<br>Telephone: 202-307-0663<br>David.Knight@usdoj.gov<br>Adam.Lewis@usdoj.gov<br><br>*Counsel for the United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Supplemental Authority to be served via Electronic Case Filing (ECF) upon the following:

Robert J. Krandal, Esq.
Geri R. St. Joseph, Esq.
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

*Counsel for Defendant*

*/s/ Lauren E. DeBruicker*
LAUREN E. DeBRUICKER
Assistant United States Attorney

Dated: October 3, 2022