IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | NO.  22-709 |
| **UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 16th day of March, 2023, it is hereby **ORDERED** that **within seven (7) days of the date of this Order**, each party shall file a letter brief, not to exceed five (5) pages in length, addressing the following issues:

1. What is the effect, if any, of the United States' acknowledgement in paragraph 24 of the Complaint that "Judge Foradora rescinded his administrative order on December 21, 2018"?

2. May the federal government seek compensatory damages on behalf of individuals under 42 U.S.C. § 12133?

        **BY THE COURT:**

        */s/ Mitchell S. Goldberg*
        **MITCHELL S. GOLDBERG, J.**