IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 22-709 |
| UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 21st day of April, 2023, upon consideration of Defendants' Motion to Dismiss (ECF No. 18), and Plaintiff's response thereto (ECF No. 21), it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. **Within thirty (30) days of the date of this Order**, Plaintiff may file an Amended Complaint to attempt to cure, if it can do so in good faith, the deficiencies outlined in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**