Lauren DeBruicker, AUSA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8492

## United States District Court
### In the Easter District of Pennsylvania

**United States of America**

v.

**The Unified Judicial System of Pennsylvania, et al.**

**Case No.:22-709**

Commonwealth of Pennsylvania
County of Philadelphia   ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **Jonathan J. DiBello,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **The Unified Judicial System of Pennsylvania, c/o Robert J. Krandel, Esquire and Geri R. St. Joseph, Esquire** |
| DOCUMENTS SERVED: | **Summons & Amended Complaint** |
| BY SERVING UPON: | **Bob Wurtenberg, Administrative Assistant** |
| DATE & TIME OF SERVICE: | **6/1/2023  11:08 AM** |
| PHYSICAL DESCRIPTION: | **Age: 35    Weight: 180    Hair: Black**  <br> **Sex: Male    Height: 5'9"    Race: Caucasian** |
| SERVED ADDRESS: | **1515 Market Street, Suite 1414** <br> **Philadelphia, PA 19102** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary Public, this 1st day of June, 2023

_Regina A. Richman_
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2025

Order #P207595

_Jonathan J. DiBello_
Jonathan J. DiBello
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
(215) 977-9393



GPS: 39.9528465...