

Supreme Court of Pennsylvania
ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6326
www.pacourts.us

June 29, 2023

Hon. Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
United States Courthouse, Room 17614
601 Market Street
Philadelphia, PA  19106

  Re:  *United States v. Unified Judicial System, et al.*, No. 22-cv-709 (E.D. Pa.)

Dear Judge Goldberg,

  In the pre-motion letter submitted in this case on June 21, 2023, counsel inadvertently omitted defendant Northumberland County Court of Common Pleas from among the defendants seeking a pre-motion conference.  Please be advised that Northumberland County CCP requests a pre-motion conference for the reasons raised in the June 21 letter.

I apologize for the oversight.

        Respectfully submitted,

        s/Robert Krandel
        ROBERT KRANDEL, ESQUIRE

cc: All counsel of record via CM/ECF