IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 22-709 |
| | : | |
| **UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW,** this 10th day of July, 2023, upon consideration of Defendants' letters requesting a pre-motion conference (ECF Nos. 30, 38, 40), and Plaintiffs' letters in response (ECF Nos. 37, 39), it is hereby **ORDERED** that:

1. Defendants shall file their proposed Motion to Dismiss **on or before July 24, 2023;**

2. Plaintiffs shall file their response to the Motion **on or before August 7, 2023;**

3. Oral argument on Defendant's Motion to Dismiss is scheduled for **Tuesday, August 22, 2023 at 10:00 a.m. in Courtroom 17-A** at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**