Date of Notice:     July 14, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.  22-709 |
| UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Defendant. | : | |

**NOTICE**

A TELEPHONE CONFFERENCE is scheduled in the above-captioned case for **Wednesday, July 19, 2023 at 2:30 p.m.**  Counsel are directed to dial in as follows:  (1) Call: 888-684-8852; (2) Enter access code:  2187450#;  (3) Press # to enter as a participant.

**FOR THE COURT:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**