## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| **v.** | : | **NO.  22-709** |
|  | : |  |
| **UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

## <u>ORDER</u>

**AND NOW,** this 19th day of July, 2023, upon consideration of the parties' joint letter requesting an extension of the briefing deadlines, and following a telephone conference, it is hereby **ORDERED** that:

1. Defendants shall file their proposed Motion to Dismiss **on or before September 1, 2023;**

2. Plaintiffs shall file their response to the Motion **on or before September 29, 2023;**

3. Oral argument on Defendant's Motion to Dismiss is **RESCHEDULED** for **Tuesday, October 17, 2023 at 10:00 a.m. in Courtroom 17-A** at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**