IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA | : | NO. 22-cv-709 |

## O R D E R

**AND NOW**, this **4th** day of **AUGUST 2023**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Scott W Reid</u>.

**FOR THE COURT:**

JUAN R. SÁNCHEZ
Chief Judge

**ATTEST:**

__/s/GEORGE WYLESOL_____
GEORGE WYLESOL
Clerk of Court