IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | No. 22-cv-00709 |
| v. | : | |
| | : | |
| THE UNIFIED JUDICIAL SYSTEM | : | |
| OF PENNSYLVANIA, THE SUPREME COURT | : | |
| OF PENNSYLVANIA, and the BLAIR, | : | |
| LACKAWANNA, JEFFERSON and | : | |
| NORTHUMBERLAND COUNTY | : | |
| COURTS OF COMMON PLEAS, | : | |
| | : | |
| *Defendants* | : | |

**ORDER**

**AND NOW**, this _____, day of _____, 2023, upon consideration of Defendants' motion to dismiss the above-captioned amended complaint, it is hereby **ORDERED** that the amended complaint is **DISMISSED**.

BY:

_____
Mitchell S. Goldberg, U.S.D.J.