IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.  22-709 |
| UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** this 2nd day of October 2023, based upon ongoing settlement discussions between the parties, it is hereby **ORDERED** that all deadlines are **STAYED** for **60 days**. The oral argument currently scheduled for October 17, 2023 is **CANCELLED**. The parties shall submit a status report on or before December 1, 2023 to Chambers.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**