IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.  22-709 |
| UNIFIED JUDICIAL SYSTEM OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 6th day of December 2023, having been advised on September 25, 2023 that the parties reached a settlement agreement "in principle," and having ordered the parties to provide a status update regarding their clients' approval of that agreement within 60 days (which has passed), and understanding that Plaintiff has approved the settlement, it is hereby **ORDERED** that Defendant shall approve or reject the proposed settlement agreement by **January 31, 2024.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**