IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, THE SUPREME COURT OF PENNSYLVANIA, THE BLAIR COUNTY COURT OF COMMON PLEAS, THE LACKAWANNA COUNTY COURT OF COMMON PLEAS, THE JEFFERSON COUNTY COURT OF COMMON PLEAS, and THE NORTHUMBERLAND COUNTY COURT OF COMMON PLEAS,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 22-cv-00709 |

## STIPULATION OF DISMISSAL OF DEFENDANT THE SUPREME COURT OF PENNSYLVANIA PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United States of America voluntarily dismisses any and all claims in this action against Defendant the Supreme Court of Pennsylvania with prejudice.

SO STIPULATED BY THE PARTIES:

/s/ Robert J. Krandel/rjk
_____
ROBERT J. KRANDEL
Attorney I.D. No. PA89485
GERI ROMANELLO ST. JOSEPH
Attorney I.D. No. PA84902
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

*Counsel for Defendants*

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney<br>Eastern District of Pennsylvania<br><br>GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>CHARLENE KELLER FULLMER<br>Assistant United States Attorney<br>Deputy Chief, Civil Division<br><br>MICHAEL J. BUTLER<br>Special Assistant United States Attorney<br><br>/s/  Lauren DeBruicker<br>LAUREN DeBRUICKER<br>Assistant United States Attorney<br>Deputy Chief for Civil Rights, Civil Division<br>United States Attorney's Office<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Telephone: 215-861-8492<br>Michael.J.Butler@usdoj.gov<br>Lauren.DeBruicker@usdoj.gov | REBECCA B. BOND<br>Chief<br><br>/s/  David Knight<br>KEVIN J. KIJEWSKI<br>Deputy Chief<br>DAVID W. KNIGHT<br>ADAM F. LEWIS<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street NE<br>Washington, D.C.  20530<br>Telephone: 202-307-0663<br>David.Knight@usdoj.gov<br>Adam.Lewis@usdoj.gov<br><br>*Counsel for the United States of America* |

Dated:  February 1, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served via Electronic Case Filing (ECF) upon the following:

Robert J. Krandel, Esq.
Geri R. St. Joseph, Esq.
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

*Counsel for Defendants*

/s/ Lauren DeBruicker
LAUREN DeBRUICKER
Assistant United States Attorney

Dated: February 1, 2024