IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, THE SUPREME COURT OF PENNSYLVANIA, THE BLAIR COUNTY COURT OF COMMON PLEAS, THE LACKAWANNA COUNTY COURT OF COMMON PLEAS, THE JEFFERSON COUNTY COURT OF COMMON PLEAS, and THE NORTHUMBERLAND COUNTY COURT OF COMMON PLEAS,<br><br>    Defendants. | CIVIL NO. 2:22-cv-00709-MSG |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and in accordance with the terms of the Settlement Agreement attached as Exhibit "A," the United States, the Unified Judicial System of Pennsylvania, the Blair County Court of Common Pleas, the Lackawanna County Court of Common Pleas, the Jefferson County Court of Common Pleas, and the Northumberland County Court of Common Pleas jointly move to dismiss this civil action without costs to any party and without prejudice to any claim by any party for breach of the Agreement. *See* Ex. A at ¶¶ 29–30.

RESPECTFULLY SUBMITTED:

FOR THE UNITED STATES OF AMERICA:

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney<br>Eastern District of Pennsylvania | REBECCA B. BOND<br>Chief |
| | */s/ David W. Knight* |
| GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division | KEVIN KIJEWSKI<br>Deputy Chief<br>DAVID W. KNIGHT<br>ADAM F. LEWIS |
| CHARLENE KELLER FULLMER<br>Assistant United States Attorney<br>Deputy Chief, Civil Division | Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice |
| MICHAEL J. BUTLER<br>Special Assistant United States Attorney | 150 M Street NE<br>Washington, D.C. 20530<br>Telephone: 202-307-0663 |
| LAUREN DEBRUICKER<br>Assistant United States Attorney<br>Deputy Civil Chief for Civil Rights<br>United States Attorney's Office<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Telephone: 215-861-8492<br>Michael.J.Butler@usdoj.gov<br>Lauren.DeBruicker@usdoj.gov | David.Knight@usdoj.gov<br>Adam.Lewis@usdoj.gov<br><br>2/1/2024<br>DATE |

For the Unified Judicial System of Pennsylvania, the Blair County Court of Common Pleas, the Lackawanna County Court of Common Pleas, the Jefferson County Court of Common Pleas, and the Northumberland County Court of Common Pleas:

/s/ Robert J. Krandel/rjk                     2/1/2024
ROBERT J. KRANDEL                          DATE
Attorney I.D. No. PA89485
GERI ROMANELLO ST. JOSEPH
Attorney I.D. No. PA84902
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Joint Motion to Dismiss to be served via Electronic Case Filing (ECF) upon the following:

Robert J. Krandel, Esq.
Geri R. St. Joseph, Esq.
Supreme Court of Pennsylvania
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102

*Counsel for Defendants*

/s/ Lauren DeBruicker
LAUREN DeBRUICKER
Assistant United States Attorney

Dated: 2/1/2024