IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, THE SUPREME COURT OF PENNSYLVANIA, THE BLAIR COUNTY COURT OF COMMON PLEAS, THE LACKAWANNA COUNTY COURT OF COMMON PLEAS, THE JEFFERSON COUNTY COURT OF COMMON PLEAS, and THE NORTHUMBERLAND COUNTY COURT OF COMMON PLEAS,<br><br>   Defendants. | CIVIL NO. 2:22-cv-00709-MSG |

## **ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of the Parties' Joint Motion to Dismiss, it is ORDERED that this case is hereby DISMISSED without costs to any party and without prejudice to any claim by any party for breach of the Parties' Settlement Agreement, consistent with the terms of that Agreement.

 

                                                          _____
                                                          MITCHELL S. GOLDBERG, J.